

**Michael R. O'Donnell**
Partner

<u>Direct:</u>
t: 973.451.8476
f: 973.538.1984
modonnell@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

June 2, 2025

<u>**VIA ECF**</u>

Hon. Andre Espinosa, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

    Re:    <u>Harris, et al. v. Harris, et al.</u>
            D.N.J. Dkt. No.: 2:24-cv-10258

Dear Judge Espinosa:

This firm represents defendant Advantage Title, LLC ("Advantage Title") in the above-referenced matter. In connection therewith, Advantage Title's motion to dismiss Plaintiffs'[1] first amended complaint (the "Amended Complaint") is returnable on June 2, 2025 (the "Motion"). Pursuant to the ECF docket notice entered on May 1, 2025, opposition to the Motion was due by May 19, 2025. (ECF 26). To date, Plaintiffs have not submitted any opposition or response to the Motion.

Accordingly, Advantage Title respectfully requests that the Court grant the Motion in its entirety as unopposed and that the Amended Complaint be dismissed as against Advantage Title be dismissed with prejudice.

Thank you for Your Honor's consideration.

Respectfully submitted,

    <u>/s/ Michael R. O'Donnell</u>

Michael R. O'Donnell

---

[1] Plaintiffs refers to plaintiffs Philip Harris, Philip Harris on Behalf of His Mother Lillian Harris, Lilly Harris a/k/a Lillian Hyman, Philip Harris on Behalf of the Estate of Lillian Harris, Philip Harris on Behalf of His Brother Eugene Harris, Eugene Harris "Gene" Harris by Power of Attorney From His Wife Ziva Harris, and All Others Similarly Situated Known and Unknown.