## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**EMMANUEL COFFY, ESQ.**
**COFFYLAW, LLC**
**515 Valley St., Annex Bldg., Suite 1**
**Maplewood, New Jersey 07040**
**Attorneys for Plaintiffs**
**Attorney Bar ID: 047132004**
**Tel. No.:   973-996-2947**
**Facsimile: 973-996-2952**
Email: emmanuel.coffy@coffylaw.com

| | |
|---|---|
| PHILIP HARRIS<br>PHILIP HARRIS on Behalf of his Mother LILLIAN HARRIS, LILLY HARRIS A/K/A LILLIAN HYMAN, PHILIP HARRIS on Behalf of his Brother EUGENE HARRIS, EUGENE HARRIS "GENE" HARRIS by Power of Attorney from his wife ZIVA HARRIS AND ALL OTHERS SIMILARLY SITUATED KNOWN AND UNKNOWN<br>                                                 Plaintiffs,<br><br>vs.<br><br>ROSALIE HARRIS, HELEN HARRIS, RICHARD HARRIS, ESTATE OF RICHARD HARRIS, GREAT MID ATLANTIC REALTY CORPORATION, ADVANTAGE TITLE (Title no SSA-47259-20) OLD REPUBLIC TITLE COMPANY also known as OLD REPUBLIC TITLE INSURANCE COMPANY ( Title no OCHAMP -061163Q), NEW HORIZON NEW JERSEY TITLE CO. also known as NEW HORIZON ABSTRACT INC AND ALL OTHERS SIMILARLY SITUATED KNOWN AND UNKNOWN, JOHN DOES 1 to 10<br><br>                                                Defendants. | Civil Action No. 2:24-cv-10258<br><br>*Document Electronically Filed*<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Philip Harris, individually and in his capacity as beneficiary and heir-at-law of the Estate of Lilian Harris, and as Attorney-in-Fact for the Estate of Eugene Harris, hereby voluntarily dismisses the above-captioned action without prejudice.

Defendants have not served an answer or a motion for summary judgment.

Dated: June 26, 2025

Respectfully submitted,

                                   **COFFYLAW, LLC**

                              By: /s/ Emmanuel Coffy
                                  Emmanuel Coffy, Esq.
                                  NJ ID No. 047132004
                                  Attorneys for Plaintiffs

SO ORDERED.

/s/ Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: June 27, 2025